IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 17-CV-7188 |
| | ) | |
| MOBI TECHNOLOGIES, INC., | ) | Judge Pallmeyer |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

NOW COMES Plaintiff, by and through its attorney, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**
GLEN ELLYN PHARMACY, INC.

*/s/Dulijaza Clark*

Dulijaza (Julie) Clark
Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
P: (312) 739-4200 F: (312) 419-0379

**Certificate of Service**

      I, Dulijaza Clark, hereby certify that on December 8, 2017, I caused a true and accurate copy of the forgoing document to be filed with courts CM/ECF system, and sent a copy via electronic mail to the following:

Ourang Zandi
ourangz@getmobi.com

David Naghi
dnaghi@mobi-inc.com

                                              s/Dulijaza Clark\_\_
                                              Dulijaza Clark